UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ALEJANDRA JACO CASTILLO,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                                    Respondents. | Case No.:  3:26-cv-2093-CAB-VET<br><br>**ORDER:**<br>**(1) TO RESPOND; and**<br><br>**(2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 9], and MOTION FOR STAY OF REMOVAL, [Doc. No. 11].** |

Petitioner Cecilia Alejandra Jaco Castillo ("Petitioner"), proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 8 ("Petition")], and an ex parte motion for temporary restraining order ("TRO"), [Doc. No. 9]. Petitioner was detained by immigration authorities on February 18, 2026. [Petition at 2.]

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

1

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.").

Accordingly, the Court **ORDERS** as follows:

1. Respondents shall file a response to the Petition by **May 5, 2026**. The response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Respondents shall serve a copy of the response on Petitioner by **May 6, 2026.**

3. Petitioner may file a reply by **May 14, 2026**.

4. To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition.[2] Because this provides the relief sought by Petitioner in her motion for TRO and motion for stay of removal, those motions are **DENIED AS MOOT**. [Doc. Nos. 9, 11.]

5. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition and this Order.

It is **SO ORDERED**.

Dated: April 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[2] *See Doe v. Bondi*, Case No. 3:25-cv-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).