UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ALEJANDRA JACO CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.:  3:26-cv-2093-CAB-VET<br><br>**ORDER:<br>(1) GRANTING A WRIT OF HABEAS CORPUS; and**<br><br>**(2) DENYING AS MOOT MOTIONS FOR EXPEDITED CONSIDERATION, [Doc. Nos. 10, 12, 15].** |

Pending before the Court is Petitioner Cecilia Alejandra Jaco Castillo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 8 ("Petition")], and several related motions, [Doc. Nos. 10, 12, 15].  Petitioner alleges that she has been under an order of supervision by Immigration and Customs Enforcement ("ICE") since entering the United States and was detained without notice on February 18, 2026 at her regular ICE check-in.  [Petition at 3.]  Petitioner says that her detention was based on an alleged February 5, 2026 violation of her order of supervision, but that the monitoring system erroneously recorded her at a location outside of her home when she in fact was home throughout the day waiting for ICE officers but none came.  [*Id.*]

Respondents argue that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but also confirm that "Petitioner was previously released from immigration custody on conditional parole under 8 U.S.C. § 1226(a)" and "was re-detained after numerous violations of the terms of [her conditional parole]." [Doc. No. 14 at 2.] Respondents then conclude that given prior decisions by this Court and other courts in the district with materially indistinguishable facts "the government does not oppose the petition and defers to the Court on the appropriate relief." [*Id.* at 3.]

Given Petitioner's prior release on parole and Respondents' non-opposition, the Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026). The Court therefore **ORDERS** Respondents to immediately release Petitioner Cecilia Alejandra Jaco Castillo under the same conditions of supervision that existed immediately prior to her detention.

The motions requested expedited consideration of the Petition are **DENIED AS MOOT**. [Doc. Nos. 10, 12, 15.]

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: May 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-2093-CAB-VET